# ELECTRONIC RECORD

COA #   01-12-00996-CR                    OFFENSE:   29.02 (Robbery)

STYLE:   Craig Anthony Crooks v. The State of Texas                    COUNTY:   Harris

COA DISPOSITION:   AFFIRM                    TRIAL COURT:   180th District Court

DATE: 08/29/14                    Publish: NO    TC CASE #:   1271233

# IN THE COURT OF CRIMINAL APPEALS

STYLE:   Craig Anthony Crooks v. The State of Texas          CCA #:   1302-14

_____APPELLANT'S_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE:   _____

_____REFUSED_____          JUDGE:   _____

DATE: _____02/04/2015_____          SIGNED: _____          PC: _____

JUDGE: _____Per Curiam_____          PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**